

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00299-CR

Louis Leo **CHRISTINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4887
Honorable Jefferson Moore, Judge Presiding

# O R D E R

    Appellant's brief was originally due on October 1, 2015. We have granted a total of three extensions of time for appellant to file his brief. According to our November 16, 2015 order granting appellant's third motion for extension of time for appellant to file his brief, appellant's brief was due on December 3, 2015. To date, appellant's brief has not been filed.

    We ORDER appellant's attorney to file appellant's brief on or before **December 30, 2015**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court